**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MARISSA DUNN, | § | |
| *Plaintiff,* | § § § | |
| v. | § | CASE NO. 2:25-CV-00168-JRG-RSP |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| *Defendant.* | § § | |

## ORDER

Plaintiff Marissa Dunn ("Plaintiff") previously filed a Complaint (Dkt. No. 1), initiating the above-captioned social security appeal. Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 20), recommending that the ruling below be reversed and that this matter be remanded. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED AND ADJUDGED** that the decision of the Commissioner is **REVERSED** and this matter is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with this ruling.

**So ORDERED and SIGNED this 30th day of March, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE